80 A.3d 376

Hassan MAYHEW, Petitioner

v.

Louis S. FOLINO, Superintendent of the State Correctional Institution at Greene; District Attorney, County of Philadelphia, Attorney General, Commonwealth of Pennsylvania, Respondents.

No. 144 EM 2013.

Supreme Court of Pennsylvania.

Nov. 20, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**